```
                                                U.S. DISTRICT COURT
                                                DISTRICT OF VERMONT
                                                       FILED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2025 MAY 27  PM 4:26

CLERK

BY _____
   DEPUTY CLERK

| | |
|---|---|
| TOM DALEY, MARTY HOLSTIEN, and TERRANCE REGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Toyota Motor North America, Inc.,<br><br>Defendant. | Civil Action No. 2:24-cv-01318<br><br>PUTATIVE CLASS ACTION |

### ORDER GRANTING THE PARTIES' JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RULE 26(F) DISCOVERY SCHEDULE AND REQUEST TO EXTEND MOTION TO DISMISS PAGE LIMITS

Upon consideration of the Parties' Stipulated Motion for Extension of Time to File Rule 26(f) Discovery Schedule and Request to Extend Motion to Dismiss Page Limits by 5 pages, and the Court finding that the Stipulated Joint Motion complies with the Local Rules of this Court, it is hereby ORDERED that the Motion is **GRANTED.**

Plaintiffs and Defendant Toyota Motor North America, Inc. ("TMNA") shall have up to and including **July 7, 2025** to file their Joint Rule 26(f) Discovery Schedule. Further, TMNA is granted leave for 5 additional pages on its forthcoming Motion to Dismiss (for a total of 30 pages). Plaintiffs are also granted 5 additional pages (for a total of 30 pages) for their opposition to TMNA's forthcoming Motion to Dismiss.

**IT IS SO ORDERED.**

Dated this 27th day of May, 2025.

By: _/s/ Mary Kay Lanthier_
Hon. Mary Kay Lanthier
U.S. District Court Judge