U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUN 23 AM 8:03

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

TOM DALEY, MARTY HOLSTIEN, and TERRANCE REGAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TOYOTA MOTOR NORTH AMERICA, INC.,
Defendant.

Civil Action No. 2:24-cv-01318

CLASS ACTION

### ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

On consideration of the Parties' Stipulation for Extension of Time to Respond to Defendant's Motion to Dismiss, it is hereby ORDERED that the previously imposed deadlines are amended as follows:

a. Plaintiffs shall file their opposition to Defendant's Motion to Dismiss by **July 28, 2025**; and

b. Any Reply in support of its Motion to Dismiss will be filed by Defendant by **August 11, 2025**.

c. The Joint Rule 26 report shall be due on or before **August 1, 2025**.

d. Initial Disclosures shall be due on or before **September 1, 2025**.

Dated at Rutland, in the District of Vermont, this 23rd day of June, 2025.

By: _____
Hon. Mary Kay Lanthier
United States District Judge