IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| TOM DALEY, MARTY HOLSTIEN, TERRANCE REGAN, ANGEL RIVERA, NOAH HANSELL, and GREGG PETOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No. 2:24-cv-01318<br><br>CLASS ACTION |

### ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND MODIFYING CASE SCHEDULE

On consideration of the Parties' Stipulation for Extension of Time to Respond to Defendant's Motion to Dismiss, it is hereby ORDERED that the previously imposed deadlines are amended as follows:

a. Plaintiffs shall file their opposition to Defendant's Motion to Dismiss by **August 27, 2025**; and

b. Any Reply in support of its Motion to Dismiss will be filed by Defendant by **September 11, 2025**.

c. The Joint Rule 26 report shall be due on or before **September 1, 2025**.

d. Initial Disclosures shall be due on or before **October 1, 2025**.

Dated at Rutland, in the District of Vermont, this 17th day of July 2025.

By: /s/ Mary Kay Lanthier
Hon. Mary Kay Lanthier
United States District Judge