IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| TOM DALEY, MARTY HOLSTIEN, ANGEL RIVERA, GREGG PETOFF, NOAH HANSELL and TERRANCE REGAN, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR NORTH AMERICA, INC.,<br><br>          Defendant. | Civil Action No. 2:24-cv-01318-mkl<br><br><br>CLASS ACTION |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Tom Daley, Marty Holstien, Angel Rivera, Gregg Petoff, Noah Hansell, and Terrance Regan ("Plaintiffs"), by and through their undersigned counsel, hereby voluntarily dismiss this action against Defendant Toyota Motor North America, Inc. ("Defendant"), with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class, with each party to bear its own costs.

Dismissal under Rule 41(a)(1)(A)(i) is appropriate because this notice is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: September 29, 2025

Respectfully submitted,

THE BURLINGTON LAW PRACTICE, PLLC

*/s/ Joshua L. Simonds*
Joshua L. Simonds
2 Church Street, Suite 2G
Burlington, VT 05401

(802) 651-5370 Phone
(802) 454-3303 Fax

**SHUB JOHNS & HOLBROOK LLP**

Benjamin F. Johns (admitted *pro hac vice*)
bjohns@shublawyers.com
Samantha E. Holbrook (admitted *pro hac vice*)
sholbrook@shublawyers.com
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Phone: (610) 477-8380

**AHDOOT & WOLFSON, PC**

Andrew W. Ferich (admitted *pro hac vice*)
aferich@ahdootwolfson.com
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

Alyssa Brown (admitted *pro hac vice*)
abrown@ahdootwolfson.com
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585
abrown@ahdootwolfson.com

*Counsel for Plaintiffs*

2